# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
               Plaintiff  )
                        )
                        )
         vs.  )
                        )
Juan Arnoldo Arosta Gutierrez  )
            Defendant(s)  )
                        )

CRIMINAL NO. 07 mJ 9004

### ORDER

### RELEASING MATERIAL WITNESS

Booking No.

PETER C. LEWIS

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:    (Bond Posted / Case Disposed / Order of Court).

Marilu Palencia Garibay

DATED: 1-15-08

PETER C. LEWIS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by Teresa Alvarez Romero

**Deputy Clerk**