AO 455 (Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JUAN ARNOLDO ACOSTA-GUTIERREZ | CASE NUMBER: 08CR129-JLS |

I, JUAN ARNOLDO ACOSTA-GUTIERREZ, the above-named defendant, who is accused of committing the following offenses:

Inducing and Encouraging Illegal Aliens to Enter and Aiding and Abetting, on or about December 27, 2007, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on __1/15/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Juan AAG_
Defendant

_[signature]_
Defense Counsel for

Before _[signature]_
Judicial Officer

**FILED**
JAN 1 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY