**VICTOR MANUEL TORRES**
California Bar No. 140862
406 Ninth Avenue, Suite 311
San Diego, CA 92101
Tel: (619)232-8776
Fax: (619)232-2326
lawforvatos@yahoo.com

Attorney for Defendant **JUAN ARNOLDO ACOSTA-GUTIERREZ**

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS L. SANMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR0129-JLS |
| Plaintiff, ) | DATE: April 18, 2008 |
| ) | TIME: 9:00 a.m. |
| vs. ) | |
| ) | **MOTION FOR ORDER** |
| JUAN ARNOLDO ACOSTA-GUTIERREZ, ) | **SHORTENING TIME** |
| Defendant. ) | |

JUAN ARNOLDO ACOSTA-GUTIERREZ, Defendant, by and through his counsel, moves this court for an Order Shortening Time in his Sentencing Memorandum and Sentencing Summary Chart, filed on April 15, 2008 via the CM/ECF system herewith to four (4) days, to be heard April 18, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, for the following reasons:

//

//

//

1

Extra time needed for Spanish language translations, difficulty in scanning Spanish language documents into readable pdf. Format, and unusual press of business.

DATED: 4/16/08                    Respectfully submitted,

*s/ VICTOR MANUEL TORRES*
**VICTOR MANUEL TORRES**
Attorney for Mr. RAMIREZ