UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0129-JLS |
| Plaintiff, | ) ) | ORDER TO SHORTEN TIME |
| v. | ) ) | |
| JUAN ARNOLDO ACOSTA-GUTIERREZ | ) ) | |
| Defendant. | ) ) | |

Motion to Shorten Time having been made in the above-referenced matter, the Court being fully advised and good cause appearing therefore:

IT IS HEREBY ORDERED that the time for hearing the matter of Defendant's Sentencing Memorandum and Sentencing Summary Chart, which are ordered filed herewith, in the above-referenced matter be shortened to FOUR (4) days, and that the matter be calendared for hearing on Friday, April 18, 2008, or as soon thereafter as counsel may be heard.

SO ORDERED.

DATED: April 16, 2008

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge

08cr0129-JLS: ORDER SHORTENING TIME